IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01580-BNB

KEVIN RAYNELL WILLIAMS,

    Plaintiff,

v.

TK COZZA-RHODES, Individually and in her official capacity as warden,
CAPTAIN KLIEN, Individually and in his official capacity as captain,
C.O. J. SANDER, Individually and in his official capacity as correctional officer,
C.O. DOCKINS, Individually and in his official capacity as correctional officer,
C.O. ROYAL, Individually and in his official capacity as correctional officer,
C.O. PRICE, Individually and in his official capacity as correctional officer, and
C.O. KOCH, Individually and in his official capacity as correctional officer,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Kevin Raynell Williams, is a prisoner in the custody of the United States Bureau of Prisons (BOP) who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado.  Mr. Williams initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on June 18, 2012.  By order dated June 19, 2012, Magistrate Judge Boyd N. Boland directed Mr. Williams to cure the deficiencies in this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, both of which Mr. Williams submitted to the Court on July 16, 2012.  On July 18, 2012, Magistrate Judge Boland granted Mr. Williams leave to proceed pursuant to 28 U.S.C. § 1915.

The July 18 Order requires Mr. Williams to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $38.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Williams that the Complaint would be dismissed without further notice if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee.

On July 26, 2012, Mr. Williams filed a letter with the Court in which he stated that he would send the $38.00 initial partial filing as soon as possible. However, Mr. Williams has not communicated with the Court since July 26, 2012, and he has failed to submit the $38.00 filing fee. Accordingly, Mr. Williams has failed either to pay the initial partial filing fee within the time allowed, as designated in the July 18 Order or, in the alternative, to show cause why he has no assets and no means by which to pay the designated fee. Therefore, this action will be dismissed without prejudice.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Williams' failure either to pay an initial partial filing fee of $38.00 or to show cause why he has no assets and no means by which to pay the designated fee.

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  14th   day of    September       , 2012.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court