IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01580-REB-BNB

KEVIN RAYNELL WILLIAMS,

Plaintiff,

v.

CAPTAIN KLIEN, Individually and in his official capacity as captain,
C.O. J. SANDER, Individually and in his official capacity as correctional officer,
C.O. DOCKINS, Individually and in his official capacity as correctional officer,
C.O. ROYAL, Individually and in his official capacity as correctional officer,
C.O. PRICE, Individually and in his official capacity as correctional officer, and
C.O. KOCH, Individually and in his official capacity as correctional officer,

Defendants.

_____

**ORDER**
_____

This matter arises on **Defendant Klein's Motion to Stay Discovery** [Doc. #59, filed 01/10/2014] (the "Motion"), which is DENIED.

The defendants seek to stay discovery pending the district judge's ruling on my recommendation to grant in part and deny in part the defendants' motion to dismiss. After consideration of the analysis set forth in Federal Deposit Ins. Corp. v. Renda, 1987 WL 348635 *2 (D. Kan. Aug. 6, 1987), and String Cheese Incident, LLC v. Stylus Shows, Inc., 2006 WL 894955 *3 (D. Colo. March 30, 2006), I find that a stay is not warranted.

IT IS ORDERED that Defendant Klein's Motion to Stay Discovery [Doc. #59] is DENIED.

Dated January 24, 2014.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge