IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01580-REB-BNB

KEVIN RAYNELL WILLIAMS,

Plaintiff,

v.

CAPTAIN KLIEN, Individually and in his official capacity as captain,
C.O. J. SANDER, Individually and in his official capacity as correctional officer,
C.O. DOCKINS, Individually and in his official capacity as correctional officer,
C.O. ROYAL, Individually and in his official capacity as correctional officer,
C.O. PRICE, Individually and in his official capacity as correctional officer, and
C.O. KOCH, Individually and in his official capacity as correctional officer,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Request for Production of Documents** [Doc. #69, filed 05/07/2014], which is STRICKEN.  Discovery materials shall not be filed with the Court. Fed. R. Civ. P. 5(d)(1).  Accordingly,

IT IS ORDERED that plaintiff's Request for Production of Documents [Doc. #69] is STRICKEN.

Dated May 22, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge