**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01580-REB-BNB

KEVIN RAYNELL WILLIAMS,

    Plaintiff,

v.

CAPTAIN KLEIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CAPTAIN,,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS of Judge Robert E. Blackburn, entered on June 12, 2015, it is ORDERED that Plaintiff KEVIN RAYNELL WILLIAMS recovers nothing, the action is dismissed on the merits, and Defendants Captain Klien (properly identified as Klein), C.O. J. Sander, C.O. Dockins, C.O. Royal, C.O. Price, and C.O. Koch, are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 15th day of June, 2015.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                      By: s/   K. Finney

K. Finney
Deputy Clerk